BURKS, J.

(No. 5665-

ASSOCIATED SERVICE & SUPPLY Co., Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed April 27, 1971.*

EUGENE WARD, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.

This cause coming on to be heard on the Joint Stipulation of the parties hereto, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED:

1. That hearings before the Court held on March 26, 1971, and April 20, 1971, revealed that the respondent was liable for the unpaid balance of the contract;

2. That the respondent, acknowledging such liability, has filed a Joint Stipulation herein agreeing to the entry of an award in the amount of $12,979.36;

3. That the sum of $12,979.36 is hereby awarded to claimant in full satisfaction of any and all claims presented to the State under Cause No. 5665.